# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

GENERAL ORDER 09 – 1
January 6, 2009

*REGARDING THE E–GOVERNMENT ACT AND PERSONAL IDENTIFIERS*

In compliance with the Policy of the Judicial Conference of the United States and the E–Government Act of 2002, in all civil and criminal actions, counsel and pro se litigants shall read and comply with Local Rule 5.3 governing personal data identifiers (that is: social security numbers; dates of birth; names of minor children; and financial account numbers). These personal identifiers shall be redacted before documents, including exhibits, are filed for the public file within the CM/ECF system. Failure to comply with the Local Rule may result in sanctions (such as the striking of a pleading or the imposition of monetary penalties).

So Ordered.

Mark L. Wolf
Chief Judge

Joseph L. Tauro
United States District Judge

Rya W. Zobel
United States District Judge

William G. Young
United States District Judge

Douglas P. Woodlock
United States District Judge

Nathaniel M. Gorton
United States District Judge

Richard G. Stearns
United States District Judge

Reginald C. Lindsay
United States District Judge

Patti B. Saris
United States District Judge

Nancy Gertner
United States District Judge

Michael A. Ponsor
United States District Judge

George A. O'Toole
United States District Judge

F. Dennis Saylor IV
United States District Judge

Edward F. Harrington
Senior United States District Judge

Morris E. Lasker
Senior United States District Judge